UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 6/30/08

KINGS OCEAN SHIPPING CO. LTD.,

        Plaintiff,

-v-

RICHFIELD CORPORATION LTD., AND
RICHFIELD MARINE AGENCIES (S) PTE. LTD.,

        Defendants.

No. 08 Civ. 1709 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED that the conference previously scheduled for July 8, 2008 is ADJOURNED to Friday, October 24, 2008, at 10:00 a.m. in the United States District Court, Courtroom 21C, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that counsel for plaintiff shall serve a copy of this Order on defendants in the above-entitled action and electronically file proof of service with the Court.

SO ORDERED.

Dated:    New York, New York
          June 27, 2008

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE