UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KINGS OCEAN SHIPPING COMPANY, LTD.,

            Plaintiff,

-v-

RICHFIELD CORPORATION, LTD.,

           Defendant.

No. 08 Civ. 1709 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

At a status conference on July 31, 2008, the Court adopted the following schedule:

Defendant Richfield Corporation is to submit a letter to the Court no later than August 7, 2008, with a copy sent to opposing counsel, providing Defendant's position on the status of the affidavits and arguments advanced in Defendant's proposed Order to Show Cause. If Plaintiff wishes to submit a letter in reply, such letter is due no later than three days after receipt of Defendant's submission.

SO ORDERED.

Dated:     July 31, 2008
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE