**BLANK ROME LLP**
COUNSELORS AT LAW

Phone:  (212) 885-5284
Fax:    (917) 332-3834
Email:  JGreenbaum@BlankRome.com

August 6, 2008

**BY HAND**

Hon. Richard J. Sullivan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 615
New York, New York 10007-1312

    Re:    **Kings Ocean Shipping Co. Ltd. v. Richfield Corporation Ltd.**
            **Docket No: 08 cv 01709 (S.D.N.Y.)**
            **Our File No. 129038-06501**

Dear Judge Sullivan:

    We represent the Plaintiff in this maritime attachment action. Upon reviewing Defendant Richfield Marine's supplemental declaration in support of its motion to vacate the attachment, it appears to us that the most efficient way forward is for us to submit papers in opposition to the motion.

    Counsel have agreed to a briefing schedule, if it is satisfactory to the Court. Plaintiff will submit its opposition papers on Friday, August 8, 2008, and Richfield Marine will submit any reply papers by Tuesday, August 12.

    Oral argument, if the Court desires it, will of course be scheduled at the Court's convenience. However, the undersigned will be in Istanbul conducting depositions the week of August 18.

*[Handwritten endorsement: Oral argument set for August 26, 2008 @ 10AM, Courtroom 9A.]*

SO ORDERED
Dated: 8/7/08
RICHARD J. SULLIVAN
U.S.D.J.

*[Stamp: MEMO ENDORSED / USDS SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 8/8/08]*