UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
KINGS OCEAN SHIPPING CO. LTD.

                *Plaintiff,*                      08 Civ. 1709 (RJS)

- against -                              NOTICE OF RESTRICTED
                                                      APPEARANCE PURSUANT TO
                                                      SUPPLEMENTAL RULE E(8)

RICHFIELD CORPORATION LTD. and
RICHFIELD MARINE AGENCIES (S) PTE. LTD.,

                *Defendants.*
----------------------------------------------------------X

       **COMES NOW,** Richfield Marine Agencies (S) Pte. Ltd ("RICHFIELD MARINE"), by and through undersigned counsel, who hereby enters a restricted appearance in this matter pursuant to Supplemental Rule E (8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure for the sole purpose of seeking an Order dismissing the Verified Complaint and vacating the Ex Parte Order for Process of Maritime Attachment against defendant, Richfield Marine Agencies (S) Pte. Ltd.

Dated: Oyster Bay, New York
       August 12, 2008                         Respectfully submitted,

                                            CHALOS & CO, P.C.
                                            Attorneys for Defendant
                                            RICHFIELD MARINE
                                            AGENCIES (S) PTE. LTD.

                         By:  
                                            George M. Chalos (GC 8693)
                                            123 South Street
                                            Oyster Bay, New York 11771
                                            Tel: (516) 714-4300
                                            Fax: (866) 702-4577
                                            E-mail: gmc@chaloslaw.com