UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KINGS OCEAN SHIPPING CO. LTD,

                *Plaintiff,*                      08 Civ. 1709 (RJS)

     - against -                           **AFFIDAVIT OF**
                                                   **GEORGE M. CHALOS**
RICHFIELD CORPORATION LTD. and
RICHFIELD MARINE AGENCIES (S) PTE LTD.,

                *Defendants.*
-----------------------------------------------------------X

STATE OF NEW YORK   )
                             ) ss:
COUNTY OF NASSAU  )

       GEORGE M. CHALOS, being duly sworn, deposes and says:

       1.     I am a member of the bar of this Court and a member of the firm of Chalos & Co, P.C., attorneys for defendant, Richfield Marine Agencies (S) Pte. Ltd. (hereinafter "Richfield Marine"). I am familiar with the facts and circumstances of this case and submit this affidavit in support of Defendants' motion to vacate the maritime attachment; and to dismiss Plaintiff's Amended Verified Complaint. The Declaration of Chak Chew Tan has also been submitted in support of Defendants' motion and is incorporated herein by reference.

       2.     The instant action was commenced by plaintiff on February 21, 2008, with the filing of the Summons and Complaint. *See* Docket Entry # 1. On February 22, 2008, this Court issued an *ex parte* Order authorizing issuance of process of maritime attachment and garnishment against the Defendant in the amount of $818,637.85. *See* Docket Entry # 2. Thereafter, an Amended Complaint was filed on June 19, 2008. *See* Docket Entry # 5. A second *ex parte* Order authorizing issuance of process of maritime

attachment and garnishment against Defendants, Richfield Corporation Ltd. and Richfield Marine, was issued on June 23, 2008. *See* Docket Entry #6.

3. Since such time, significant funds of Defendant Richfield Marine have been attached. Specifically, on or about July 1, 2008, USD 5,784.49 was attached in the form of an electronic funds transfer at JPMorgan Chase Bank, on or about July 10, 2008, USD 8,762.00 was attached at JPMorgan Chase Bank, on or about July 14, 2008, USD 4037.25 was attached at JPMorgan Chase Bank, on or about July 15, 2008, USD 5,000.00 was attached at JPMorgan Chase Bank, on or about July 16, 2008, USD 13,206.00 was attached at HSBC (USA) Bank, on or about July 18, 2008, USD 34,784.11 was attached at JPMorgan Chase Bank, on or about July 18, 2008, USD 8,302.00 was attached at Wachovia Bank, on or about July 21, 2008, USD 5,000.00 was attached at JPMorgan Chase Bank, and on or about July 28, 2008, USD 1,400.00 was attached at JPMorgan Chase Bank.

4. For the reasons more fully set forth in the accompanying Memorandum of Law, Defendant respectfully requests this Honorable Court vacate the pending order of attachment against Richfield Marine and dismiss the action as against Richfield Marine.

Dated: Oyster Bay, New York
July 29, 2008

_____
GEORGE M. CHALOS

Sworn to before me this
29th day of July, 2008

_____
Notary Public

MARIA MIHALATOS
Notary Public, State of New York
No. 01MI6122658
Qualified in Queens County
Commission Expires February 22, 2009