

# CHALOS & CO.
## International Law Firm

123 South Street, Oyster Bay, New York 11771

TEL +1-516-714-4300 • FAX +1-866-702-4577 • WEB www.chaloslaw.com

**George M. Chalos**
ATTORNEY AT LAW

OFFICE +1-516-714-3040
MOBILE +1-516-721-4076
EMAIL gmc@chaloslaw.com

**MEMO ENDORSED**

August 11, 2008

### Via Telexfax: 212 805 7946

Hon. Richard J. Sullivan
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8/12/08

**Re:** **Kings Ocean Shipping Co. Ltd. v. Richfield Corporation Ltd.**
Docket No.: 08 cv 1709
Chalos & Co. Ref: 2001.009

Dear Judge Sullivan:

We represent Defendant Richfield Marine Agencies (S) Pte, Ltd., in the above referenced action. In this regard, the Court has scheduled oral argument for Tuesday, August 26, 2008. Plaintiff's counsel is unavailable to attend, as he will be abroad on a business trip the week of August 25th. (Mr. Greenbaum's schedule has changed). We have conferred and report that both Mr. Greenbaum and I are available for oral argument on Thursday, August 21, 2008, which we understand from discussions with Your Honor's Chambers may be an open date for the Court. In the alternative, both Mr. Greenbaum and I will be available on Friday, August 22, 2008.

Accordingly, I, on behalf of both the plaintiff and Richfield Marine, respectfully request that the oral argument be rescheduled to August 21, 2008, or in the alternative, August 22, 2008, at a time most convenient to the Court.

Respectfully submitted,

CHALOS & CO. P.C.

George M. Chalos

*Hearing Rescheduled to 8/22/08 @ 2pm.*

GMC:jd

cc: Bank Rome LLP
Attn: Jack A. Greenbaum, Esq.

SO ORDERED
Dated: 8/12/08
RICHARD J. SULLIVAN
U.S.D.J.

---

A PROFESSIONAL CORPORATION • ASSOCIATED OFFICES: PIRAEUS, GREECE