UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

KINGS OCEAN SHIPPING CO. LTD.,

               Plaintiff,

    -v-

RICHFIELD CORPORATION LTD., AND
RICHFIELD MARINE AGENCIES (S) PTE.
LTD.,

               Defendants.

No. 08 Civ. 1709 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that plaintiff Kings Ocean Shipping Co. Ltd. shall file the

Second Amended Complaint in this action on or before September 5, 2008.

SO ORDERED.

Dated:      August 27, 2008
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE